# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: (212) 326-8386
tlchase@jonesday.com

February 27, 2023

<u>VIA ECF</u>

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re: <u>Levi v. Memorial Sloan Kettering Cancer Center, et. al. 1:22-cv-09524</u>

Dear Judge Rochon:

The Parties in the above-referenced action write jointly (pursuant to Paragraph 1.F of your Individual Rules) to request an adjournment of the initial pretrial conference currently scheduled for March 8, 2023 at 10:00 a.m. This is the Parties' first request for an adjournment of the initial pretrial conference. The Parties request this adjournment in the interests of judicial economy in light of the mediation with mediator Richard Janvey scheduled on Tuesday, March 21, 2023 at 10:00 a.m. The Parties request that the initial pretrial conference be adjourned to one of the following, mutually agreed upon dates: April 4, 2023; April 5, 2023; or April 25, 2023.

The request is GRANTED. The March 8, 2023 conference is adjourned to **April 5, 2023** at **2:30PM**.

Dated: March 1, 2023
New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Very truly yours,

<u>s/ Terri L. Chase</u>

Terri L. Chase
Counsel for Defendants


<u>s/ Jared Blumetti</u>

Jared Blumetti
Counsel for Plaintiff