UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SHELLEY LEVI,

                    Plaintiff,

-against-                                    22-CV-9524 (LAP)
                                             ORDER
MEMORIAL SLOAN-KETTERING CANCER
CENTER ET AL.,

                    Defendants.
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter dated May 19, 2025 requesting that the case be sealed, (dkt. no. 47). Although the Court sympathizes with Plaintiff, the Court is unable to grant the request because her personal interest does not override the presumption of access. In re Demetriades, 58 F.4th 37, 46 (2d Cir. 2023) (holding that the plaintiff's personal interest in avoiding "reputation harm" that she might suffer cannot meet the "weighty" standard for overriding the presumptions of open records and public access); Doe v. City of New York, No. 15 Civ. 117 (AJN), 2019 WL 4392533, at *2 (S.D.N.Y. Sept. 13, 2019) ("Neither the possibility of some harm to Defendant['s] . . . reputation nor to

his employment prospects is a 'higher value' sufficient to overcome the strong presumption in favor of access.") (internal citation omitted).

**SO ORDERED.**

Dated:   New York, New York
         May 27, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge